1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EBRAHIM SADEGHY,

      Plaintiff,

  v.

ANTHONY KANE,

      Defendant.

_____/

No. C 06-02230 CRB

**ORDER**

    This habeas case was reassigned from Judge Jenkins' chambers with motions outstanding.  After reviewing the pending motions, the Court orders that although counsel is permitted to appear, Petitioner's motion for appointment is DENIED.  Petitioner's motion to expand the record is GRANTED.

    The Court intends to resolve the matter promptly.

    **IT IS SO ORDERED.**

Dated:  March 17, 2008

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE