IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAHIM SADEGHY, | No. C 06-02230 CRB |
| Petitioner, | **JUDGMENT** |
| v. | |
| ANTHONY KANE, | |
| Respondent_____/ | |

The Court having denied Petitioner's petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner Ebrahim Sadeghy.

**IT IS SO ORDERED.**

Dated: March 19, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2230\Judgment.wpd