IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAHIM SADEGHY,             ) | |
|                    ) | |
| Petitioner,       ) | No. C 06-2230 CRB (PR) |
|                    ) | |
| vs.                ) | ORDER |
|                    ) | |
| ANTHONY KANE, Warden,        ) | |
|                    ) | |
| Respondent.       ) | |
|                    ) | |

     Pursuant to the mandate of the Ninth Circuit, the petition for a writ of habeas corpus is DISMISSED as moot.

     The clerk shall enter judgment in accordance with this order.

SO ORDERED.

DATED: December 7, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.06\Sadeghy, E1.dismiss.wpd